# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12-MJ-387 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| ENRIQUE BERNARDINO-MURILLO, | : | |
| Defendant. | : | |

## ORDER

On December 3, 2012, the Court held an initial appearance in this matter and appointed Arthur Mullins, Esq. from the Federal Public Defender Service to represent Defendant after approving his financial affidavit. After being advised of his rights, and after conferring with his counsel, Defendant waived his right to a preliminary examination. As discussed in more detail on the record, Defendant is **DETAINED** both because there is a pending U.S. Immigration and Customs Enforcement detainer now in effect against him, and also because Defendant knowingly, intelligently and voluntarily waived his right to a detention hearing.

**IT IS SO ORDERED.**

December 3, 2012                                s/ **Michael J. Newman**
                                                United States Magistrate Judge